UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Demeta Reyes**, <br><br> Plaintiff, <br><br> v. <br><br> **Experian Information Solutions, Inc.**, <br><br> Defendant. | Case No. SACV 16-00563 AG (AFMx) <br><br> **JUDGMENT** |

The Court enters judgment for Defendant and against Plaintiff.

Dated October 13, 2017

_____
Hon. Andrew J. Guilford
United States District Judge