Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

Daniel S. Robinson (SBN 244245)
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: 949-720-1288
drobinson@robinsonfirm.com

*Attorneys for Plaintiff and the Class*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETA REYES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:16-cv-563-AG-AFMx<br><br>Hon. Andrew J. Guilford<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION TO DIRECT CLASS NOTICE AND GRANT PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing: January 27, 2020<br>Time: 10:00 a.m.<br>Courtroom: 10D |

**PLEASE TAKE NOTICE** that on Monday, January 27, 2020, at 10:00 a.m., or as soon thereafter as the parties may be heard, before the Honorable Andrew Guilford in Courtroom 10D, Tenth Floor of the Ronald Reagan Federal Building and United States Courthouse, located at 411 West Fourth Street, Santa Ana, CA 92701, Plaintiff Demeta Reyes ("Plaintiff") will, and hereby does, move the Court for entry of an order granting Plaintiff's motion to direct class notice and grant preliminary approval of this class action settlement; concluding that it will likely be able to approve the proposed Settlement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e); approving the proposed class notice submitted as Exhibit 1 to the Settlement Agreement and authorizing the dissemination of Notice to the Class; appointing Angeion Group as the Settlement Administrator with responsibility for administering the settlement fund and disseminating notice in accordance with the Agreement; and setting settlement deadlines and scheduling a final approval hearing.

This motion is based on this notice of motion and motion, the memorandum and all exhibits and attachments thereto, and upon such other and further oral or documentary evidence as may be presented to the Court. Experian does not oppose Plaintiff's request to direct class notice.

Dated: December 31, 2019

By:  */s/ Norman E. Siegel*
Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

Daniel S. Robinson (SBN 244245)
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: 949-720-1288

1

drobinson@robinsonfirm.com

Jason S. Hartley (SBN 192514)
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA
Tel: 619-400-5822
hartley@hartleyllp.com

*Attorneys for Plaintiff and the Class*