FILED
CLERK, U.S. DISTRICT COURT

February 5, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Transfer of Cases from the Calendar ) ) ) of ) ) Judge ANDREW J. GUILFORD ) ) | ORDER OF THE CHIEF JUDGE<br><br>20-027 |

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following case be reassigned from the calendar of Judge Andrew J. Guilford to the calendar of Judge Stephen V. Wilson for all further proceedings:

| | |
|---|---|
| 2:14-cv-07529-AG | David Earl Williams v. Kevin Chappell |
| 2:19-cv-00673-AG-DFM | Joseph Townsend v. Frank Park et al |
| 2:19-cv-03796-AG-DFM | Brian Figueroa v. W.L. Montgomery |
| 8:16-cv-00563-AG-AFMx | Demeta Reyes v. Experian Information Solutions, Inc. |
| 8:18-cv-00643-AG-ADS | Nancy Carolyn Wood v. City of Santa Ana et al |
| 8:18-cv-01139-AG-RAOx *SEALED* | United States of America et al v. Technical Metal Finishing Co., Inc. et al |
| 8:18-cv-02158-AG-JDEx | Jan H. Cooke et al v. Experian Information Solutions, Inc. et al |
| 8:19-cv-00826-AG-JDEx | Dennis T. McGaughey et al v. PNP al Management Services, VII, LLC et |
| 8:19-cv-01174-AG-KESx | Securities and Exchange Commission v. Richard Vu Nguyen et al |
| 2:18-cr-00851-AG | USA v. Arthur S. Charchian |

Transfer of Cases from the Calendar of
Judge Andrew J. Guilford

| | |
|---|---|
| 8:18-cr-00051-AG-JLS | USA v. Marin Ramon Pedraza |
| 8:18-cr-00234-AG | USA v. Peter Michno |

Dated: January 31, 2020         *Virginia A. Phillips*
                                Chief Judge Virginia A. Phillips