1  Norman E. Siegel (*pro hac vice*)
   J. Austin Moore (*pro hac vice*)
2  **STUEVE SIEGEL HANSON LLP**
   460 Nichols Road, Suite 200
3  Kansas City, MO 64112
4  Tel: 816-714-7100
   siegel@stuevesiegel.com
5  moore@stuevesiegel.com

6  Daniel S. Robinson (SBN 244245)
7  **ROBINSON CALCAGNIE, INC.**
   19 Corporate Plaza Drive
8  Newport Beach, CA 92660
   Tel: 949-720-1288
9  drobinson@robinsonfirm.com

10 *Attorneys for Plaintiff and the Class*

11 *[Additional Counsel on Signature Page]*

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| DEMETA REYES, individually and on behalf of all others similarly situated, | Case No. 8:16-cv-00563-SVW-AFM |
| Plaintiff, | Hon. Stephen V. Wilson |
| vs. | **NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | Hearing: May 18, 2020 |
| | Time: 1:30 p.m. |
| | Courtroom: 10A |

**PLEASE TAKE NOTICE** that on Monday, May 18, 2020, at 1:30 p.m. before the Honorable Stephen V. Wilson in Courtroom 10A, Tenth Floor of the First Street Courthouse, located at 350 W. 1st Street, Los Angeles, California 90012, or telephonically if necessary, Plaintiff Demeta Reyes ("Plaintiff") will, and hereby does, move the Court for entry of an order granting Plaintiff's motion for attorneys' fees, expenses, and service awards seeking attorneys' fees in the amount of $8 million, representing one-third (33.33%) of the settlement fund, reimbursement of costs and expenses in the amount of $130,482.24, and approving a service award payment to Ms. Reyes in the amount of $15,000.

This motion is based on this notice of motion and motion, the memorandum and all exhibits and attachments thereto, and upon such other and further oral or documentary evidence as may be presented to the Court. Experian does not oppose this motion.

Dated: March 23, 2020     By:   */s/ Norman E. Siegel*
　　　　　　　　　　　　　　　Norman E. Siegel (*pro hac vice*)
　　　　　　　　　　　　　　　J. Austin Moore (*pro hac vice*)
　　　　　　　　　　　　　　　**STUEVE SIEGEL HANSON LLP**
　　　　　　　　　　　　　　　460 Nichols Road, Suite 200
　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　Tel: 816-714-7100
　　　　　　　　　　　　　　　siegel@stuevesiegel.com
　　　　　　　　　　　　　　　moore@stuevesiegel.com

　　　　　　　　　　　　　　　Daniel S. Robinson (SBN 244245)
　　　　　　　　　　　　　　　**ROBINSON CALCAGNIE, INC.**
　　　　　　　　　　　　　　　19 Corporate Plaza Drive
　　　　　　　　　　　　　　　Newport Beach, CA 92660
　　　　　　　　　　　　　　　Tel: 949-720-1288
　　　　　　　　　　　　　　　drobinson@robinsonfirm.com

　　　　　　　　　　　　　　　Jason S. Hartley (SBN 192514)
　　　　　　　　　　　　　　　**HARTLEY LLP**
　　　　　　　　　　　　　　　101 West Broadway, Suite 820
　　　　　　　　　　　　　　　San Diego, CA
　　　　　　　　　　　　　　　Tel: 619-400-5822
　　　　　　　　　　　　　　　hartley@hartleyllp.com

　　　　　　　　　　　　　　　*Attorneys for Plaintiff and the Class*

1

Notice of Motion and Plaintiff's Motion for Attorneys' Fees, Expenses, and Service Awards