Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

Daniel S. Robinson (SBN 244245)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: 949-720-1288
drobinson@robinsonfirm.com

*Attorneys for Plaintiff and the Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETA REYES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:16-cv-00563-SVW-AFM<br><br>Hon. Stephen V. Wilson<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Hearing: May 18, 2020<br>Time: 1:30 p.m.<br>Courtroom: 10A |

**PLEASE TAKE NOTICE** that on Monday, May 18, 2020, at 1:30 p.m. before the Honorable Stephen V. Wilson, Plaintiff Demeta Reyes ("Plaintiff") will, and hereby does, move the Court for entry of an order granting Plaintiff's motion for final approval of settlement; approving the proposed Settlement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e); awarding reasonable attorneys' fees in an amount of $8,000,000 equaling one-third of the settlement fund; awarding costs and expenses in the amount of $130,482.24; approving a service award payment to Ms. Reyes in the amount of $15,000; and entering final judgment in this case.

Plaintiff respectfully seeks to proceed with the final approval hearing telephonically or by videoconference pursuant to Central District General Order No. 20-05, *In re Coronavirus Public Emergency Further Order Concerning Jury Trials and Other Proceedings*, which states in pertinent part that "hearings in civil cases will only go forward by video or telephonic conference" until at least June 1, 2020.[1] Accordingly, Class Counsel will promptly update the Settlement Website with instructions on how to participate in the final approval hearing after receiving further instruction from the Court.

This motion is based on this notice of motion and motion, the memorandum and all exhibits and attachments thereto, and upon such other and further oral or documentary evidence as may be presented to the Court.

Dated: April 27, 2020            By:   */s/ Norman E. Siegel*
                                       Norman E. Siegel (*pro hac vice*)
                                       J. Austin Moore (*pro hac vice*)
                                       **STUEVE SIEGEL HANSON LLP**
                                       460 Nichols Road, Suite 200
                                       Kansas City, MO 64112
                                       Tel: 816-714-7100
                                       siegel@stuevesiegel.com
                                       moore@stuevesiegel.com

---

[1] Available at: https://www.cacd.uscourts.gov/sites/default/files/general-orders/GO%2020-05_0.pdf.

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Daniel S. Robinson (SBN 244245)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: 949-720-1288
drobinson@robinsonfirm.com

Jason S. Hartley (SBN 192514)
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA
Tel: 619-400-5822
hartley@hartleyllp.com

*Attorneys for Plaintiff and the Class*