UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETA REYES, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 8:16-cv-00563-SVW-AFM<br><br>Hon. Stephen V. Wilson<br><br>**ORDER GRANTING STIPULATION REGARDING SETTLEMENT DISTRIBUTION** |

On July 30, 2020, this Court entered an order granting final approval to a proposed class action settlement in this matter and granting in part Plaintiff's motion for attorney's fees and costs (Dkt. 159). On August 24, 2020, the parties filed a joint stipulation regarding distribution of the Settlement pending an appeal relating solely to the award of attorney's fees (Dkt. 160). For good cause shown, the Court grants the stipulation and orders as follows:

1. On or before September 10, 2020, or within 14 days of the entry of this order, whichever occurs later, Experian shall make a payment of $23,500,000 into the Settlement Fund, which along with its prior payment of $500,000 into the Settlement Fund, will fully fund the Settlement in the amount of $24,000,000 and satisfy Experian's monetary obligations under the Settlement;

2. On or before October 15, 2020, or within 30 days of the funding of the settlement, whichever occurs later, settlement checks in the amount of $278.36 shall issue to 56,558 class members, which results in equal distribution of the Settlement Fund to all class members after payment is allocated for approved costs and expenses in the amount of $130,482.24, approved notice and settlement administration costs in the amount of $110,950, the approved service award payment of $15,000, and less the amount of attorneys' fees in controversy on appeal ($8,000,000), which shall be held in escrow by the Settlement Administrator pending resolution of the appeal.

3. Following resolution of the appeal, all funds not awarded for attorney's fees shall be distributed equally among class members in the form of a settlement check issued within 30 days of the date of completion of all proceedings arising out of the appeal, including, but not limited to, voluntary dismissal, the expiration of all deadlines for motions for reconsideration or petitions for review and/or certiorari, all proceedings ordered on remand, and all proceedings arising out of any subsequent appeal(s) following decisions on remand.

4. All costs associated with making a subsequent payment distribution post-appeal, if any, shall be borne solely by Plaintiff's counsel and shall not be paid from the

Settlement Fund. Any interest accrued on the escrowed funds shall be allocated on a *pro-rata* basis to the designated recipient of such funds post-appeal.

5. Within three days of entry of this order, the parties shall post a copy of the order to the Settlement Website and update the website to reflect the date of the initial settlement distribution.

**IT IS SO ORDERED.**

Dated: August 27, 2020

_____
Honorable Stephen V. Wilson
United States District Court Judge