Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

Daniel S. Robinson (SBN 244245)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: 949-720-1288
drobinson@robinsonfirm.com

*Attorneys for Plaintiff and the Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETA REYES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:16-cv-00563-SVW-AFM<br><br>Hon. Stephen V. Wilson<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff's counsel in the above-captioned matter, Stueve Siegel Hanson LLP and Robinson Calcagnie, Inc. (collectively "Counsel"), hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's order dated July 30, 2020, granting final settlement approval and granting in part Plaintiff's motion for attorney's fees and costs (the "Order") (Dkt. 159). With respect to the Order, Counsel only appeal the denial in part of Plaintiff's motion for an award of attorneys' fees and do not appeal any other part of the Order, including the grant of final approval, the award of litigation costs, the finding that Counsel are entitled to a fee, and the award of a service award payment to the class representative.

Dated: August 28, 2020

By: /s/ Norman E. Siegel
Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

Daniel S. Robinson (SBN 244245)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: 949-720-1288
drobinson@robinsonfirm.com

Jason S. Hartley (SBN 192514)
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA
Tel: 619-400-5822
hartley@hartleyllp.com

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: August 28, 2020

*/s/ Norman E. Siegel*
Norman E. Siegel