Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

Daniel S. Robinson (SBN 244245)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: 949-720-1288
drobinson@robinsonfirm.com

*Attorneys for Plaintiff and the Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETA REYES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:16-cv-00563-SVW-AFM<br><br>Hon. Stephen V. Wilson<br><br>**NOTICE OF MOTION AND PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES AND SECOND SETTLEMENT DISTRIBUTION**<br><br>Hearing: May 17, 2021<br>Time: 1:30 p.m.<br>Courtroom: 10A |

1  **PLEASE TAKE NOTICE** that on Monday, May 17, 2021, at 1:30 p.m., or as soon thereafter as the parties may be heard, before the Honorable Stephen V. Wilson, Plaintiff Demeta Reyes will, and hereby does, move the Court for entry of an order granting Plaintiff's unopposed motion for attorneys' fees and second settlement distribution.

This motion is based on this notice of motion and motion, the memorandum in support and all exhibits thereto, and upon such other and further oral or documentary evidence as may be presented to the Court.

Dated: April 30, 2021          By:   /s/ Norman E. Siegel
                                     Norman E. Siegel (*pro hac vice*)
                                     J. Austin Moore (*pro hac vice*)
                                     **STUEVE SIEGEL HANSON LLP**
                                     460 Nichols Road, Suite 200
                                     Kansas City, MO 64112
                                     Tel: 816-714-7100
                                     siegel@stuevesiegel.com
                                     moore@stuevesiegel.com

                                     Daniel S. Robinson (SBN 244245)
                                     **ROBINSON CALCAGNIE, INC.**
                                     19 Corporate Plaza Drive
                                     Newport Beach, CA 92660
                                     Tel: 949-720-1288
                                     drobinson@robinsonfirm.com

                                     Jason S. Hartley (SBN 192514)
                                     **HARTLEY LLP**
                                     101 West Broadway, Suite 820
                                     San Diego, CA
                                     Tel: 619-400-5822
                                     hartley@hartleyllp.com

                                     *Attorneys for Plaintiff and the Class*